IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJOR COMMUNICATIONS, INC., a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>CLK GROUP INC. et al.,<br><br>        Defendants. | Case No.: 2:14-cv-06690-BRO-JEM<br><br>Beverly Reid O'Connell<br><br>**ORDER OF DISMISSAL** |

1  Pursuant to a settlement between and among the parties, the terms and
2  conditions of which were recited on the record at a settlement conference
3  conducted by the Honorable George H. King on February 12, 2016 and to the
4  stipulation of the parties, the Court finds that the within action should be, and it
5  hereby is, dismissed with prejudice.  Each party shall bear its/his own attorneys'
6  fees and costs.  The Court shall retain jurisdiction to enforce the terms of the
7  parties' settlement.

**IT IS HEREBY ORDERED**

Dated: March 28, 2016

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

- 1 -